June 18, 1982.

447 A.2d 651

Benjamin, Inc. v. Nance, et al., Appellants.

Argued March 10,

1982. Michael Borish, for appellants; John Martin Matrullo, for appellee.

Before WICKERSHAM, CIRILLO and LIPEZ, JJ.

Order affirmed.